# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GEORGE STANLEY,<br><br>    Plaintiff,<br><br>        v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:14-cv-313-JDL<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 8) with the court on December 17, 2014. The time within which to file objections expired on January 5, 2015, and no objections have been filed. The Magistrate Judge notified plaintiff George Stanley ("Stanley") that failure to object would waive his right to *de novo* review and appeal of the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. All claims in Stanley's complaint other than the claim or claims for assault and the claim or claims that may reasonably be construed to assert cognizable claims under the Americans with Disabilities Act ("ADA") are **DISMISSED**. With respect to Stanley's remaining claims, I **ORDER** that the deadline for service of process be extended under Federal Rule of Civil Procedure 4(m). The Clerk is directed to arrange for service of Stanley's complaint.

    **SO ORDERED.**

/s/ Jon D. Levy
                                    **United States District Judge**

Dated this 7th day of January, 2015.